

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-13-00663-CR and 04-13-00713-CR

Dillan William **STANLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8100B
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's brief in these consolidated appeals was originally due on February 10, 2014. This court has granted appellant two extensions, the latest until April 28, 2014. Appellant is represented on appeal by retained counsel Mr. Anthony B. Cantrell. On April 24, 2014, Mr. Cantrell filed a third request for an extension until May 19, 2014.

We GRANT the motion and order Mr. Cantrell to file the brief by May 19, 2014. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal. Because sanctions may be necessary, the trial court will be asked to address this issue even if new counsel is retained or substituted before the date of the hearing.

The clerk of this court shall cause a copy of this order to be served on Mr. Cantrell by certified mail, return receipt requested, and by regular United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.



_____

Keith E. Hottle
Clerk of Court